# IN THE SUPREME COURT OF THE STATE OF NEVADA

NADINA BEVERLY, TRUSTEE OF THE BEVERLY-BLAIR LAKERIDGE SPRINGS TRUST,

Appellant,

vs.

JPMORGAN CHASE BANK, N.A.; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Respondents.

No. 78544

**FILED**

MAR 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Lynne K. Simons, District Judge
Jill I. Greiner, Settlement Judge
David E. Adkins
Ballard Spahr LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-09494